IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>           v.<br><br>EARNEST DONTE RUFF<br><br>           Defendant. | CR NO: 1:21-cr-00183 |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum      ☐ Ad Testificandum

Name of Detainee:     Earnest Donte Ruff
Detained at     High Desert State Prison, Nevada

Detainee is:
    a.) ☒ charged in this district by:   ☒ Indictment   ☐ Information   ☐ Complaint
           charging detainee with:    18 U.S.C. § 922(g)(1)
or    b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
    a.) ☒ return to the custody of detaining facility upon termination of proceedings
or    b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on Zoom on September 10, 2021, at 2:00 p.m. in the Eastern District of California.*

Signature:     /s/ Justin J. Gilio
Printed Name & Phone No:     Justin J. Gilio (559/497-4000)
Attorney of Record for:     United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee on Zoom on September 10, 2021, at 2:00 p.m., and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 9/7/21

Honorable Erica P. Grosjean
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

AKA(s):
Booking or CDC #:    ID# 1246783
Facility Address:    22010 Cold Creek Rd, Indian Springs, NV
Facility Phone:    702-879-6789
Currently

☒Male    ☐Female
DOB:    4/21/1998
Race:
FBI#:

## RETURN OF SERVICE

Executed on: _____

(signature)