IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

EARNEST DONTE RUFF

Defendant.

CR NO: 1:21-cr-00183

FILED
SEP 10 2021
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum    ☐ Ad Testificandum

| | |
|---|---|
| Name of Detainee: | Earnest Donte Ruff |
| Detained at | High Desert State Prison, Nevada |
| Detainee is: | a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint charging detainee with: 18 U.S.C. § 922(g)(1) |
| or | b.) ☐ a witness not otherwise available by ordinary process of the Court |
| Detainee will: | a.) ☐ return to the custody of detaining facility upon termination of proceedings |
| or | b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility |

*Appearance is necessary on October 8, 2021, at 2:00 p.m. in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Justin J. Gilio |
| Printed Name & Phone No: | Justin J. Gilio (559/497-4000) |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum    ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee on October 8, 2021, at 2:00 p.m., and that he be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 9/10/21

Honorable Erica P. Grosjean
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s): | | ☒Male ☐Female | |
| Booking or CDC #: | ID# 1246783 | DOB: | 4/21/1998 |
| Facility Address: | 22010 Cold Creek Rd, Indian Springs, NV | Race: | |
| Facility Phone: | 702-879-6789 | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____

(signature)