| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: 559-487-5561/Fax: 559-487-5950 |

Attorneys for Defendant
EARNEST RUFF

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  1:21-cr-00183-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | |
| EARNEST RUFF | DATE:   April 13, 2022 |
| | TIME:   1:00 p.m. |
| Defendant. | JUDGE: Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the hearing currently scheduled for January 12, 2022, may be continued to April 13, 2022, at 1:00 p.m. for further status conference before the Honorable Barbara A. McAuliffe.

Defense has been attempting to obtain information regarding a prior out of state conviction for Mr. Ruff in order to properly evaluate and advise him of the potential applicable sentencing guidelines.  Additionally, defense would request the additional time to engage in plea negotiations with the government as well as to conduct other defense investigation.

The parties agree that, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv), time should be excluded through and including April 13, 2022, because there is good cause for the requested continuance and the ends of justice outweigh the interest of the public and the

defendant in a speedy trial.

                                      Respectfully submitted,

                                      PHILLIP TALBERT
                                      Acting United States Attorney

DATED: December 22, 2021        By:    /s/ *Justin J. Gilio*
                                        JUSTIN J. GILIO
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

                                        HEATHER E. WILLIAMS
                                        Federal Defender

DATED: December 22, 2022        By:    /s/ *Charles J. Lee*
                                        CHARLES J. LEE
                                        Assistant Federal Defender
                                        Attorneys for Defendant
                                        EARNEST RUFF

## **O R D E R**

IT IS SO ORDERED that the status conference in the above-entitled case shall be continued from January 12, 2022 to **April 13, 2022, at 1:00 p.m., before the Honorable Barbara A. McAuliffe**, for further status conference. The time period through and including April 13, 2022, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **December 22, 2021**           /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE