ROBERT LAMANUZZI, SBN  213673
Attorney at Law
1330 L Street Suite D
Fresno, CA 93721
(559) 492-0009

Attorney for Defendant: EARNEST DONTE RUFF

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EARNEST DANTE RUFF,<br><br>Defendant. | No. 1:21-CR-00183-1 NODJ<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF ROBERT LAMANUZZI AS ATTORNEY OF RECORD AND ORDER** |

On July 15th, 2021, Defendant Earnest Donte Ruff was indicted on federal charges.  CJA Panel Attorney Robert Lamanuzzi was appointed as trial counsel to represent Mr. Ruff on September 29th, 2022, in his criminal case.  Mr. Ruff was sentenced pursuant to a plea agreement on July 24th, 2023.  The time for filing a direct appeal was on August 7th, 2023.  No direct appeal was filed. Mr. Ruff was in custody at sentencing and ordered transported to McFarland Facility from the Fresno County Jail pending his transfer to the Board of Prisons. The trial phase of Mr. Ruff's criminal case has, therefore, come to an end. Having completed his representation of Mr. Ruff, CJA attorney Robert Lamanuzzi now moves to terminate his appointment under the Criminal Justice Act.

1  Should Mr. Ruff require further legal assistance he has been advised to contact the Office of the
2  Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330,
3  Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if
4  appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: 1/23/2024                                                          Respectfully submitted,

/s/ Robert Lamanuzzi
Robert Lamanuzzi, Attorney for
Defendant, Earnest Donte Ruff

**ORDER**

Having reviewed the notice and found that attorney Robert Lamanuzzi has completed the services for which he was appointed, the Court hereby grants attorney Lamunizzi's request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Earnest Donte Ruff at the following address and to update the docket to reflect Defendant's pro se status and contact information.

**EARNEST DONTE RUFF- 64584-509
FCI MENDOTA
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 9
MENDOTA, CA  93640**

**IT IS SO ORDERED.**

DATED:  January 24, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE